IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARVIN MCBRIDE,

    Petitioner,

  v.

Case No. 17-cv-583-wmc

WARDEN MARQUES,

    Respondent.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent Warden Marques against petitioner Marvin McBride denying petitioner's application under 28 U.S.C. § 2241 and dismissing this case.

| /s/ | 11/1/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |